```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ANDREW PERRONG             :        CIVIL ACTION
                           :
          v.               :
                           :
GBR FINANCIAL SERVICES, LLC         NO. 21-4937

## ORDER

AND NOW, this 21st  day of December 2021, it is hereby ORDERED that the unopposed motion of plaintiff to strike pro se "response" (Doc. #6) filed in the name of defendant GBR Financial Services, LLC is GRANTED.

                                                        BY THE COURT:

                                                  /s/ Harvey Bartle III
                                                                       J.