# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated, | : | Civil File No. 2:21-cv-04937-HB |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| GBR FINANCIAL SERVICES, LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## PLAINTIFF'S NOTICE OF DISMISSAL

The plaintiff Andrew Perrong files Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: January 16, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed through the Court's CM/ECF system on January 16, 2022.

/s/ *Anthony I. Paronich*
Anthony I. Paronich